# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

REVISED August 5, 2011
July 20, 2011

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee,* | Court for the Northern District of |
| | Illinois, Eastern Division. |
| No. 09-3967  v. | |
| | No. 08 cr 00186 |
| STEPHEN WALTOWER, | |
| *Defendant-Appellant.* | David H. Coar, |
| | *Judge.* |

O R D E R

The opinion issued in the above-entitled case on July 5, 2011, is hereby amended as follows:

On page 9, line 27, "30-month" should be changed to "360-month".